# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-22840 | | Trustee: | (330350) | EUGENE CRANE |
|---|---|---|---|---|---|
| Case Name: | DATASOURCE REPORTS, INC. | | Filed (f) or Converted (c): | 06/23/09 (f) | |
| | | | §341(a) Meeting Date: | 08/05/09 | |
| Period Ending: 10/20/11 | | | Claims Bar Date: | 10/09/09 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lake Side Bank Account | 6,000.00 | 6,000.00 | | 1,706.96 | FA |
| 2 | 1000 shares of common stock to incorporate busin | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3 | outstanding invoices | 6,000.00 | 6,000.00 | DA | 436.00 | FA |
| 4 | 6 desks and chairs, 3 file cabinets 2 roll-top | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | 4-phones and server, 5 computers and server, 2 p | 500.00 | 500.00 | DA | 0.00 | FA |
| 6 | Settlement on Accounts Receivable (u) | Unknown | Unknown | | 8,346.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.72 | Unknown |
| 7 | Assets    Totals (Excluding unknown values) | $14,000.00 | $14,000.00 | | $10,492.68 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2010    Current Projected Date Of Final Report (TFR):    September 26, 2011 (Actual)

Printed: 10/20/2011 02:29 PM    V.12.57