# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-22840 | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | DATASOURCE REPORTS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****02-65 - Money Market Account |
| Taxpayer ID #: | **-***9597 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/20/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/09/09 | {1} | Lakeside Bank | Liquidation of bank account | 1129-000 | 1,706.96 | | 1,706.96 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,707.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,707.07 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,707.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,707.19 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,707.26 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,707.33 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,707.39 |
| 02/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #09-22840, Bond #016026455 | 2300-000 | | 1.87 | 1,705.52 |
| 02/17/10 | {3} | Rockford Mutual Insurance Company | Outstanding Accounts receivable Rockford Mutual Insurance | 1121-000 | 436.00 | | 2,141.52 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 2,141.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,141.67 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,141.68 |
| 04/06/10 | | Wire out to BNYM account 9200******0265 | Wire out to BNYM account 9200******0265 | 9999-000 | -2,141.68 | | 0.00 |
| | | | ACCOUNT TOTALS | | 1.87 | 1.87 | $0.00 |
| | | | Less: Bank Transfers | | -2,141.68 | 0.00 | |
| | | | Subtotal | | 2,143.55 | 1.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,143.55 | $1.87 | |

{} Asset reference(s)   Printed: 10/20/2011 02:28 PM   V.12.57

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 09-22840 | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | DATASOURCE REPORTS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******02-65 - Money Market Account |
| Taxpayer ID #: | **-***9597 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/20/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | 9999-000 | 2,141.68 | | 2,141.68 |
| 04/30/10 | {6} | Lynn Schnier | First Installment of Settlement on Accounts Receivable | 1241-000 | 2,782.00 | | 4,923.68 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 4,923.78 |
| 05/26/10 | {6} | Lynn Schnier | Payment no. 2 of Settlement on Accounts Receivable | 1241-000 | 2,782.00 | | 7,705.78 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 7,706.09 |
| 06/30/10 | {6} | Lynn J. Schnier | Payment re: settlement on accounts receivable | 1241-000 | 2,782.00 | | 10,488.09 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 10,488.53 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 10,489.15 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 10,489.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,489.85 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,489.93 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.17 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.25 |
| 02/28/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-22840, ~ Blanket Bond #016026455 | 2300-000 | | 8.40 | 10,481.85 |
| 03/28/11 | 11003 | Illinois Department of Revenue | 2010 Form IL-1120 Tax for Datasource Reports, Inc. Chapter 7 Case No. 09-22840  FEIN #36-3949597 | 2820-000 | | 10.00 | 10,471.85 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,471.93 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.50 | 10,455.75 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,455.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,430.83 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,430.91 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,490.81 | 59.90  $10,430.91 |
| Less: Bank Transfers | 2,141.68 | 0.00 |
| Subtotal | 8,349.13 | 59.90 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $8,349.13 | $59.90 |

{} Asset reference(s)       !-Not printed or not transmitted       Printed: 10/20/2011 02:28 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-22840 | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | DATASOURCE REPORTS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******02-65 - Money Market Account |
| Taxpayer ID #: | **-***9597 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/20/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | MMA # ***-*****02-65 | 2,143.55 | 1.87 | 0.00 |
| | MMA # 9200-******02-65 | 8,349.13 | 59.90 | 10,430.91 |
| | | $10,492.68 | $61.77 | $10,430.91 |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 10/20/2011 02:28 PM    V.12.57