UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   DATASOURCE REPORTS, INC.   §   Case No. 09-22840
                                    §
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/22/2011 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2011          By:   /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DATASOURCE REPORTS, INC.    § Case No. 09-22840
                                    §
                                    §
Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,492.68 |
| *and approved disbursements of* | $ 61.77 |
| *leaving a balance on hand of* [1] | $ 10,430.91 |
| **Balance on hand:** | $ 10,430.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,430.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,799.26 | 0.00 | 1,799.26 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 6,194.00 | 0.00 | 6,194.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 96.49 | 0.00 | 96.49 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,057.00 | 0.00 | 1,057.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,146.75 |
| Remaining balance: | $ 1,284.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $     0.00
Remaining balance: $ 1,284.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $     0.00
Remaining balance: $ 1,284.16

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,000,402.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | ComEd Co. | 402.68 | 0.00 | 0.52 | * |
| 2 | Best Reports Inc | 1,000,000.00 | 0.00 | 1,283.64 | |

Total to be paid for timely general unsecured claims: $ 1,284.16
Remaining balance: $     0.00

*Dividends under $5.00 will be paid to the Court.

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 6,003.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 -2 | Advanta Bank Corp. | 6,003.62 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

Prepared By: /s/EUGENE CRANE
                          Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 09-22840    Doc 34    Filed 10/21/11    Entered 10/23/11 23:16:35    Desc Imaged
                          Certificate of Service    Page 5 of 5

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                             Case No. 09-22840-PSH
Datasource Reports, Inc.                                           Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pgordon               Page 1 of 1                   Date Rcvd: Oct 21, 2011
                               Form ID: pdf006             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db          ++++DATASOURCE REPORTS, INC.,    601 S LA SALLE ST STE 504,    CHICAGO IL  60605-1726
              (address filed with court: Datasource Reports, Inc.,    117 W Harrison Street,   Suite 504,
                Chicago, IL  60605-1700)
14080687      AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
14080684     +AccessOne, Inc,    820 W Jackson Blvd,   6th Floor,    Chicago, IL 60607-3026
14764884      Advanta Bank Corp.,    c/o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
14080688     +C B Richard Ellis,    20 N Martingale Road,   Suite 100,    Schaumburg, IL 60173-2423
14080689     +C. B. Richard Ellis,    205 W Wacker Dr.,   Chicago, IL 60606-1216
14080691     +Daniel J. Kelley,    1761 S. Naperville Rd.,   Park East Offices, Suite 101,
               Wheaton, IL 60189-5846
14080692     +Merchants Credit Bureau,    41 Park of Commerce Way,    Suite 308,   Savannah, GA 31405-1370
14080693     +Netrix,    2801 Lakeside Dr.,    3rd Floor,   Deerfield, IL 60015-1275
14080694     +Robert J. Zotti,    1761 S. Naperville Road,   Park East Offices, Suite 101,
               Wheaton, IL 60189-5846
14080696     +Vericore,    10115 Kinney Ave,    Suite 100,   Huntersville, NC 28078-6482
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14080685      E-mail/Text: bkr@cardworks.com Oct 22 2011 01:39:18      Advanta,   PO Box 8088,
               Philadelphia, PA 19101-8088
14080690      E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58       ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
14246318     +E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58       ComEd Co.,   2100 Swift Drive,
               Attn: Bankruptcy/Revenue Managment,    Oakbrook, IL 60523-1559
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14080686     ##+Argus Services, Inc.,    123 W Madison St.,   Suite 1650,    Chicago, IL 60602-4589
14103967     ##+Best Reports Inc,    Attn Jeff Cichon,   209 W. Jackson Blvd Ste 402,    Chicago, IL 60606-6934
14080695     ##+Trans Union, LLC,    333 S Anita Dr.,,   Suite 1000,   Orange, CA 92868-3318
                                                                                             TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                                **Signature:** _/s/ Joseph Speetjens_