**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DATASOURCE REPORTS, INC.                §   Case No. 09-22840
                                               §
                                               §
                                               §
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   EUGENE CRANE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $8,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $1,284.30 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $9,208.52 | |

   3) Total gross receipts of $   10,492.82   (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00   (see **Exhibit 2**), yielded net receipts of $10,492.82
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,208.52 | 9,208.52 | 9,208.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 117,639.33 | 1,006,406.30 | 1,006,406.30 | 1,284.30 |
| **TOTAL DISBURSEMENTS** | $117,639.33 | $1,015,614.82 | $1,015,614.82 | $10,492.82 |

    4) This case was originally filed under Chapter 7 on June 23, 2009. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2012          By: /s/EUGENE CRANE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lake Side Bank Account | 1129-000 | 1,706.96 |
| outstanding invoices | 1121-000 | 436.00 |
| Settlement on Accounts Receivable | 1241-000 | 8,346.00 |
| Interest Income | 1270-000 | 3.86 |
| **TOTAL GROSS RECEIPTS** | | **$10,492.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,799.26 | 1,799.26 | 1,799.26 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,194.00 | 6,194.00 | 6,194.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 96.49 | 96.49 | 96.49 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,057.00 | 1,057.00 | 1,057.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.87 | 1.87 | 1.87 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.40 | 8.40 | 8.40 |
| Illinois Department of Revenue | 2820-000 | N/A | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 16.50 | 16.50 | 16.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,208.52 | 9,208.52 | 9,208.52 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd Co. | 7100-000 | 169.00 | 402.68 | 402.68 | 0.52 |
| 2 | Best Reports Inc | 7100-000 | 100,000.00 | 1,000,000.00 | 1,000,000.00 | 1,283.78 |
| 3 -2 | Advanta Bank Corp. | 7200-000 | 6,524.00 | 6,003.62 | 6,003.62 | 0.00 |
| NOTFILED | Netrix | 7100-000 | 825.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Bureau | 7100-000 | 605.00 | N/A | N/A | 0.00 |
| NOTFILED | Trans Union, LLC | 7100-000 | 3,047.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel J. Kelley | 7100-000 | 1,725.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Robert J. Zotti | 7100-000 | 1,725.00 | N/A | N/A | 0.00 |
| NOTFILED | AccessOne, Inc | 7100-000 | 856.00 | N/A | N/A | 0.00 |
| NOTFILED | C B Richard Ellis | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 116.33 | N/A | N/A | 0.00 |
| NOTFILED | Argus Services, Inc. | 7100-000 | 297.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 117,639.33 | 1,006,406.30 | 1,006,406.30 | 1,284.30 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-22840  
**Case Name:** DATASOURCE REPORTS, INC.

**Period Ending:** 01/11/12

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/23/09 (f)  
**§341(a) Meeting Date:** 08/05/09  
**Claims Bar Date:** 10/09/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lake Side Bank Account | 6,000.00 | 6,000.00 | | 1,706.96 | FA |
| 2 | 1000 shares of common stock to incorporate busin | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3 | outstanding invoices | 6,000.00 | 6,000.00 | DA | 436.00 | FA |
| 4 | 6 desks and chairs, 3 file cabinets 2 roll-top | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | 4-phones and server, 5 computers and server, 2 p | 500.00 | 500.00 | DA | 0.00 | FA |
| 6 | Settlement on Accounts Receivable (u) | Unknown | Unknown | | 8,346.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.86 | FA |
| 7 | Assets    Totals (Excluding unknown values) | **$14,000.00** | **$14,000.00** | | **$10,492.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   September 26, 2011  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-22840  
**Case Name:** DATASOURCE REPORTS, INC.  
**Taxpayer ID #:** **-***9597  
**Period Ending:** 01/11/12

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****02-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/09 | {1} | Lakeside Bank | Liquidation of bank account | 1129-000 | 1,706.96 | | 1,706.96 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,707.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,707.07 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,707.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,707.19 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,707.26 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,707.33 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,707.39 |
| 02/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #09-22840, Bond #016026455 | 2300-000 | | 1.87 | 1,705.52 |
| 02/17/10 | {3} | Rockford Mutual Insurance Company | Outstanding Accounts receivable Rockford Mutual Insurance | 1121-000 | 436.00 | | 2,141.52 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 2,141.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,141.67 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,141.68 |
| 04/06/10 | | Wire out to BNYM account 9200******0265 | Wire out to BNYM account 9200******0265 | 9999-000 | -2,141.68 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1.87 | 1.87 | $0.00 |
| | | | Less: Bank Transfers | | -2,141.68 | 0.00 | |
| | | | **Subtotal** | | 2,143.55 | 1.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,143.55** | **$1.87** | |

{} Asset reference(s)

Printed: 01/11/2012 03:53 PM  V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-22840  
**Case Name:** DATASOURCE REPORTS, INC.  
**Taxpayer ID #:** **-***9597  
**Period Ending:** 01/11/12

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | 9999-000 | 2,141.68 | | 2,141.68 |
| 04/30/10 | {6} | Lynn Schnier | First Installment of Settlement on Accounts Receivable | 1241-000 | 2,782.00 | | 4,923.68 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 4,923.78 |
| 05/26/10 | {6} | Lynn Schnier | Payment no. 2 of Settlement on Accounts Receivable | 1241-000 | 2,782.00 | | 7,705.78 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 7,706.09 |
| 06/30/10 | {6} | Lynn J. Schnier | Payment re: settlement on accounts receivable | 1241-000 | 2,782.00 | | 10,488.09 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 10,488.53 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 10,489.15 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 10,489.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,489.85 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,489.93 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.17 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,490.25 |
| 02/28/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-22840, ~ Blanket Bond #016026455 | 2300-000 | | ! 8.40 | 10,481.85 |
| 03/28/11 | 11003 | Illinois Department of Revenue | 2010 Form IL-1120 Tax for Datasource Reports, Inc. Chapter 7 Case No. 09-22840  FEIN #36-3949597 | 2820-000 | | 10.00 | 10,471.85 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,471.93 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,472.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.50 | 10,455.75 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,455.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,430.83 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,430.91 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,430.99 |
| 11/22/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 10,431.05 |
| 11/22/11 | | To Account #9200******0266 | Transfer funds to close case | 9999-000 | | 10,431.05 | 0.00 |

Subtotals :   $10,490.95     $10,490.95

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 01/11/2012 03:53 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-22840 | | **Trustee:** | EUGENE CRANE (330350) |
| **Case Name:** | DATASOURCE REPORTS, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******02-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9597 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/11/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,490.95 | 10,490.95 | $0.00 |
| | | | Less: Bank Transfers | | 2,141.68 | 10,431.05 | |
| | | | **Subtotal** | | 8,349.27 | 59.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,349.27** | **$59.90** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-22840  
**Case Name:** DATASOURCE REPORTS, INC.  
**Taxpayer ID #:** **-***9597  
**Period Ending:** 01/11/12  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******0265 | Transfer funds to close case | 9999-000 | 10,431.05 | | 10,431.05 |
| 11/22/11 | 101 | EUGENE CRANE | Dividend paid 100.00% on $1,799.26, Trustee Compensation; Reference: | 2100-000 | | 1,799.26 | 8,631.79 |
| 11/22/11 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,057.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,057.00 | 7,574.79 |
| 11/22/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $6,194.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,194.00 | 1,380.79 |
| 11/22/11 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $96.49, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 96.49 | 1,284.30 |
| 11/22/11 | 105 | United States Bankruptcy Court | Dividend paid 0.12% on $402.68; Claim# 1; Filed: $402.68; Reference: dividend under $5.00 paid to Court; for ComEd | 7100-000 | | 0.52 | 1,283.78 |
| 11/22/11 | 106 | Best Reports Inc | Dividend paid 0.12% on $1,000,000.00; Claim# 2; Filed: $1,000,000.00; Reference: | 7100-000 | | 1,283.78 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 10,431.05 | 10,431.05 | $0.00 |
| Less: Bank Transfers | 10,431.05 | 0.00 | |
| Subtotal | 0.00 | 10,431.05 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$10,431.05** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****02-65 | 2,143.55 | 1.87 | 0.00 |
| MMA # 9200-******02-65 | 8,349.27 | 59.90 | 0.00 |
| Checking # 9200-******02-66 | 0.00 | 10,431.05 | 0.00 |
| | $10,492.82 | $10,492.82 | $0.00 |

{} Asset reference(s)            Printed: 01/11/2012 03:53 PM    V.12.57